IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

SITU JUN,                             :

    Petitioner,                     :

vs.                                   : CIVIL ACTION No. 07-00695-KD-B

DAVID O. STREIFF, *et al.,*           :

    Respondents.                    :

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court. It is **ORDERED** that this action be and is hereby dismissed as moot.

**DONE** this <u>28</u>th day of November **2007**.

<u>/s/ Kristi K. DuBose</u>
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**